## N. Y. COMMON PLEAS.

### BENJAMIN W. KING agt. AMOS A. SOUTHWICK *et al.*

*Attachment—An affidavit on an application for an attachment which states the cause of action on information and belief is insufficient— Code of Civil Procedure, sections* 635, 636.

In an affidavit on an application for an attachment the *cause of action* was stated on *information and belief,* but the *non-residence* of the defendants was alleged *positively.* On motion to vacate the attachment:

*Held,* that the cause of action being stated on information and belief, and the sources of the information not being given, the attachment must be vacated. Such a verification is proper in a pleading but not in an affidavit to obtain an attachment.

*Special Term, January,* 1884.

MOTION to vacate an attachment.

The affidavit upon which the attachment was issued alleged, first, upon information and belief, a cause of action against the defendants for a conspiracy to defraud; and, second, positively that the defendants were non-residents. The motion to vacate the attachment was made upon the papers upon which it was granted.

*Oswald Prentiss Backus,* for motion, argued that the cause of action must be proved, and that an allegation upon information and belief is insufficient, and cited on applications for attachment: *Code of Civil Procedure (secs.* 635, 636); *Smith* agt. *Luce* (14 *Wend.,* 239); *Ex parte Haynes* (18 *Wend.,* 611); *Pierse* agt. *Smith* (1 *Minn.,* 60 [82]); *Hill* agt. *Bond* (22 *How.,* 272); *St. Arnaud* agt. *De Beixcedon* (3 *Sandf.* [*S. C.*], 703); *Brewer* agt. *Tucker* (13 *Abb.,* 76); *Lawton* agt. *Kiel* (51 *Barb.,* 32); *Yates* agt. *North* (44 *N. Y.,* 271, 274); *Steuben County Bank* agt. *Alberger* (78 *N. Y.,* 258); *Ackroyd* agt. *Ackroyd* (11 *Abb.,* 345); *Castellanos* agt. *Jones* (5 *N. Y.,* 164, 168); *Donnelly* agt. *Corbett* (7 *N. Y.,* 500, 507). Arrest and bail: *Code of Civil Procedure* (549, 557); *De Nierth*

Grimwood agt. Wilson *et al.*

agt. *Sidner* (25 *How.*, 419); *Whitlock* agt. *Roth* (5 *How.*, 143); *Blason* agt. *Bruno* (21 *How.*, 112); *Dreyfus* agt. *Otis* (54 *How.*, 405); *Saton* agt. *Reisenberger* (25 *How.*, 164); *Crandall* agt. *Bryan* (15 *How.*, 48); *Adams* agt. *Mills* (3 *How.*, 219); *Pierson* agt. *Freeman* (77 *N. Y.*, 589). Injunctions: *Code of Civil Procedure* (secs. 603, 604, 607); *Crocker* agt. *Baker* (3 *Abb.*, 182); *Pomeroy* agt. *Hindmarsh* (5 *How.*, 437); *Conkey* agt. *Dike* (17 *Minn.*, 459).

*Julius M. Ferguson*, opposed.

J. F. DALY, *J.* — The motion to vacate an attachment must be granted. The whole cause of action (which is for conspiracy and fraud) is stated on information and belief, and the sources of information are not given. Such a verification of the cause of action is proper in a pleading, but is not proper in an affidavit upon an application to obtain an attachment. Ten dollars costs to defendant.